UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

OLGA RENTA, CASE NO. 08-60938-CIV-COOKE

Plaintiff, Magistrate Judge Bandstra

v.

CIGNA DENTAL HEALTH, INC.,

Defendant.
_______________________________/

**PLAINTIFF'S REQUESTED VOIR DIRE QUESTIONS**

Plaintiff, OLGA RENTA, requests the Court to ask the following questions to prospective jurors during voir dire:

1. Anyone ever work in the insurance industry? In what capacity?

2. Have any of you ever felt like you or a member of your family was retaliated against for any reason?

3. Has anyone ever claimed that you, or one of your family members or friends, discriminated or retaliated against them?

4. Does anyone here have a problem with the concept of money damages? Punitive damages? Can you award the amount the evidence shows to be just under the circumstances?

5. Does anyone here believe there should be a cap on money damages? Is there a number for any of you that is the ceiling for the most you could ever award in a case?

6. Does anyone here feel that society is too litigious? Examples?

7. How do you feel about our civil justice system? What would you change?

8 Has anyone ever been laid off? How long did it take you to find a new job? How did that experience affect you?

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Friday, October 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully yours,

**FEILER & LEACH, P.L.**
901 Ponce de Leon Blvd.
Penthouse Suite
Coral Gables, Florida 33134
Tel. (305) 441-8818
Fax (305) 441-8081

BY /s/
**Martin E. Leach**
Fla. Bar No. 0037990

## SERVICE LIST

**Courtney B. Wilson, Esq.**
Littler Mendelson, P.C.
One Biscayne Tower
2 South Biscayne Blvd
Suite No. 1500
Miami, Florida 33130

(305) 400-7500 Telephone
(305) 603-2552 Facsimile
cwilson@littler.com